AO 91 (Rev. 11/11) Criminal Complaint

FILED ENTERED
LOGGED RECEIVED

SEP 21 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.

ANDRE WEBB

*Defendant(s)*

Case No. 18-2624-SAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 9/20/2018 in the county of ______ in the ______ District of Maryland, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conpiracy to Distribute Controlled Substances |

This criminal complaint is based on these facts:

Please See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Corey Landing, TFO DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept. 21, 2018

*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge

*Printed name and title*