FILED ENTERED
LOGGED RECEIVED

18-2624-SAG to 18-2626-SAG

SEP 21 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Corey Landing, a Task Force Officer with the Drug Enforcement Administration ("DEA"), being duly sworn, states as follows:

1. I am a Task Force Officer ("TFO") with the DEA and have been July 2007. Therefore, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. I am currently assigned to the Baltimore City Police Department ("BPD") Operational Intelligence Section and DEA Heroin Task Force, Group 52, of the Baltimore District Office.

2. Before this assignment, I was assigned to the Special Investigations Unit of the Violent Crime Impact Division and Organized Crime Division. In the past, I was assigned to the Mobile Enforcement Team, Northeast District Patrol, and Northeast District Flex unit working in a plainclothes capacity. My current assignment involves investigating illegal narcotics activity, as well as targeting violent offenders, drug organizations, and drug traffickers throughout the city of Baltimore.

3. I have attended specialized training offered by the DEA, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), High Intensity Drug Trafficking Area ("HIDTA"), Maryland State Police, and the Pennsylvania National Guard that included investigative techniques of Controlled Dangerous Substances (hereinafter "CDS") investigation, CDS recognition, CDS packaging, firearms enforcement, and identification of hidden compartments that drug traffickers commonly use to conceal CDS and drug proceeds. Through these classes and seminars, I have

obtained valuable experience in the methods of transporting, distributing, concealing CDS, identifying proceeds from CDS, and identifying drug organizations.

4. I have also participated in numerous investigations that have utilized court-ordered interception of wire and electronic communications as an investigative tool. Therefore, I am familiar with the lawful use of electronic and wire surveillance equipment in investigations of distribution of CDS. Through these experiences, I have listened to numerous drug-related conversations and become familiar with jargon related to the distribution of CDS. I have also debriefed numerous defendants, cooperating witnesses, and others who have had experience in the manufacturing, packaging, and distribution of CDS. Consequently, I am familiar with the phraseology and practices of those that abuse and illegally distribute CDS.

5. I have directly and/or indirectly participated in the arrest of well over numerous persons for violations of CDS laws, during which time officers have seized various amounts of heroin, cocaine, marijuana and other illegal substances. I have been involved in the preparation and/or execution of well over search and seizure warrants.

6. I am also familiar with the prices and packaging and paraphernalia used to distribute and manufacture CDS. I have been personally involved in numerous investigations concerning the possession, manufacture, distribution and importation of controlled substances into the United States of America. Through training and experience, I have become familiar with the operations of drug trafficking organizations.

7. Through my training and prior experience in narcotics trafficking investigations and arrests, I am familiar with the actions, traits, habits, and terminology utilized by narcotics traffickers. I am familiar with the ways in which drug traffickers conduct their business, including methods of importing and distributing narcotics, money laundering, the use of cellular telephones

and the Internet to facilitate their illegal acts, and the use of numerical codes and code words to conduct narcotics transactions.

8. I submit this affidavit for the limited purpose of establishing probable cause to support the issuance of a Criminal Complaint charging Andre WEBB, Davon JOHNSON, and Diamonte JACKSON, with Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

9. Because I submit this affidavit for the limited purpose of establishing probable cause to support the issuance of a Criminal Complaint, it only contains a summary of relevant facts. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this affidavit.

10. On September 10, 2018, the Honorable Beth P. Gesner, United States Magistrate Judge for the District of Maryland, issued a search warrant for 2529 Calverton Heights Avenue, Baltimore, Maryland. On September 21, 2018, members of DEA executed the search warrant at 2529 Calverton Heights Avenue. Upon entry, WEBB, JOHNSON, and JACKSON, attempted to flee from the basement of the dwelling via a rear entrance. WEBB, JOHNSON and JACKSON were detained by DEA investigators and were the only people in the basement. Inside the basement, investigators found, in plain view, a table with a large quantity of suspected heroin and cutting agents spread across the table. Investigators also observed sifts, a spray bottle with an unknown substance, a scale, and other paraphernalia that I know, based on my training and experience, to be used for processing heroin for distribution. Investigators later weighed the mixture/substance containing suspected heroin and it weighed over 1 kilogram.

11. The suspected heroin has been submitted for laboratory analysis. Based on its appearance, its packaging, and my professional training and experience, I believe that the

substance is heroin. Based on the quantity of suspected heroin, as well as the other property found in the basement, I believe that WEBB, JOHNSON, and JACKSON possessed the heroin with the intent to distribute it.

12. Based on the foregoing facts, I believe probable cause exists to support the issuance of a Criminal Complaint charging Andre WEBB, Davon JOHNSON, and JACKSON with Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

Task Force Officer Corey Landing
Drug Enforcement Administration

Subscribed and sworn to before me this 21st day of September, 2018

The Hon. Stephanie A. Gallagher
United States Magistrate Judge
District of Maryland